No. 6,584.—CONNELLY MACHINERY CO., Respondent, *v.*
ANNA E. NETT, Appellant.

Decided October 26, 1929.

PER CURIAM.—On motion of respondent, the attempted appeal herein is dismissed upon the authority of *Hines* v. *Carl,* 22 Mont. 501, 57 Pac. 88 and *Hahn* v. *James,* 26 Mont. 50, 66 Pac. 463.

*Messrs. Molumby, Busha & Greenan,* for Appellant.

No. 6,545. — ROSE MARIE KEARINE, Respondent, *v.*
RUDIE VOLLENWEIDER et al., Appellants.

Decided October 26, 1929.

PER CURIAM.—The appeal herein is dismissed as settled, at request of appellant.

*Mr. W. E. Keeley* and *Miss Virginia McGuire,* for Appellants.

*Mr. S. P. Wilson,* for Respondent.